UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Darren Gilbert,**<br><br>　　Plaintiff,<br><br>v.<br><br>**Younes Farouk Anani**, dba Waffle Shop; **Shafiq Muhareb**; **Taghrid Muhareb,**<br><br>　　Defendants. | Case No.: **2:22-cv-01759-KJM-CKD**<br><br>**ORDER SETTING ASIDE DEFAULT OF SHAFIQ MUHAREB** |

　　Upon review of the stipulation of the parties to set aside the default of Defendant, Shafiq Muhareb, and good cause appearing,

　　IT IS ORDERED that the default of Shafiq Muhareb entered by the Clerk in this matter on November 22, 2022 (Docket No. 6) is hereby set aside. Defendant shall file a response to the Complaint within twenty-one (21) days after entry of this Order.

DATED:  December 5, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE