**CRIS C. VAUGHAN** (SBN 99568)
**KHUSHPREET R. MEHTON** (SBN 276827)
VAUGHAN & ASSOCIATES LAW OFFICE, APC
371 Nevada Street, #5338
Auburn, CA 95603
Mailing: P.O. Box 5338, Auburn, CA 95604
Telephone: (833) 481-1245
cvaughan@adasolutionsgroup.com
kmehton@adasolutionsgroup.com

Attorneys for Defendants,
Younes Farouk Anani, Shafiq Muhareb

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Darren Gilbert,**<br><br>    Plaintiff,<br><br>v.<br><br>**Younes Farouk Anani**, dba Waffle Shop; **Shafiq Muhareb**; **Taghrid Muhareb,**<br><br>    Defendants. | Case No.: **2:22-cv-01759-KJM-CKD**<br><br>**STIPULATION EXTENDING DEADLINE FOR YOUNES FAROUK ANANI TO FILE FIRST RESPONSIVE PLEADING; ORDER THEREON** |

   Pursuant to the provisions of Local Rule 144(a), plaintiff, Darren Gilbert, and defendant, Younes Farouk Anani, by and through their respective counsel, hereby stipulate that this defendant may have an extension to December 27, 2022, to respond to Plaintiff's Complaint. This stipulation is this defendant's first extension and does not affect or alter any deadline previously set by Court order.

///
///
///
///
///

1
STIPULATION EXTENDING DEADLINE TO FILE FIRST RESPONSIVE PLEADING -- 2:22-cv-01759-KJM-CKD

**IT IS SO STIPULATED**.

Dated: December 12, 2022          VAUGHAN & ASSOCIATES LAW OFFICE, APC

*/s/ Cris C. Vaughan*
Cris C. Vaughan
Attorney for Defendants, Younes Farouk Anani, and Shafiq Muhareb

Dated: December 12, 2022          MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff, Darren Gilbert

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: December 12, 2022          VAUGHAN & ASSOCIATES LAW OFFICE, APC

*/s/ Cris C. Vaughan*
Cris C. Vaughan

### ORDER

Upon review of the stipulation of the parties and good cause appearing, **IT IS ORDERED**, that Defendant, Younes Farouk Anani shall have up to and including December 27, 2022, to file his responsive pleading.

DATED: December 22, 2022.

CHIEF UNITED STATES DISTRICT JUDGE